**Order entered July 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00297-CR

### KIRK STEVEN JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-70153-Y

## ORDER

The Court **GRANTS** the State's July 9, 2015 amended motion for extension of time to

file the State's brief.

We **ORDER** the Clerk of the Court to file the brief tendered as of the date of this order.


/s/      ADA BROWN
JUSTICE